UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDWARD ELRY MORRISON,

    Plaintiff,

vs.

JANETTE M. BLOOM, et al.,

    Defendants.

Case No. 3:06-CV-00140-LRH-RAM

ORDER

On June 7, 2006, the court entered an order dismissing this petition and entering judgment in the matter (dockets #11 and #12). Dismissal was based on a lack of jurisdiction. *Id.*

Petitioner has now submitted a supplemental Petition for Writ of Mandamus in this closed action (docket #13). The petition shall be denied. Petitioner should pursue relief in the proper form and court.

**IT IS THEREFORE ORDERED** that the petition for writ of mandamus(supplemental) is **DENIED**.

**IT IS FURTHER ORDERED** that no other documents, except a properly identified Notice of Appeal and Application for Certificate of Appealability, shall be accepted for filing in this action.

Dated this 7th day of July, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE